# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

LEYLIANN GEORGE FONSECA,

           Defendant.

Case No. 2:23-mj-00163-MDC-1

**ORDER**

    IT IS HEREBY ORDERED that the Stipulation to Extend Fine Payment Deadline (ECF No. 16) is GRANTED.

    IT IS FUERTHER ORDERED that the deadline for Mr. Fonseca to pay the fine payment of $250 and assessment of $10 be extended thirty (30) days, up to and including, September 7, 2024.

    Dated this 8th day of August, 2024.

UNITED STATES MAGISTRATE JUDGE

3